IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

YVONNE MARTINEZ,

    Plaintiff,

vs.                               Cause No. 1:16-cv-00261-WJ-WPL

HARTFORD INSURANCE COMPANY OF THE MIDWEST,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** having come before the Court on the parties' Joint Motion for Dismissal with Prejudice [Doc. No. 22], and the Court having considered the Joint Motion and being otherwise advised in the premises hereby **FINDS:**

That the parties have entered into a settlement of all issues of law and fact in this case, have agreed that any and all claims and damages that were brought or that could have been brought herein by and between the parties are to be dismissed with prejudice, have agreed to bear their own costs and attorneys' fees, and have requested that this Court issue an Order of Dismissal with Prejudice dismissing Plaintiff's First Amended Complaint for Breach of Contract, Breach of the Implied Covenant of Fair Dealing and Unfair Trade Practices filed in the Thirteenth Judicial District Court on March 8, 2016, which was removed to the United States District Court for the District of New Mexico.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that:**

1. Plaintiff's First Amended Complaint for Breach of Contract, Breach of the Implied Covenant of Fair Dealing and Unfair Trade Practices filed in the Thirteenth Judicial District Court on March 8, 2016, which was removed to the United States District Court for the District of New Mexico, is dismissed with prejudice.

2.	Any and all claims and damages that were brought or that could have been brought herein by and between the parties are dismissed with prejudice.

3.	The parties are to bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

Submitted by:

**RILEY, SHANE & KELLER, P.A.**

By: */s/ Courtenay L. Keller (electronically filed)*
   **COURTENAY L. KELLER**
   *Attorneys for Defendants*
   3880 Osuna Road NE
   Albuquerque, NM 87109
   (505) 883-5030

Approved by:

**THE LAW OFFICE OF AMAVALISE JARAMILLO**
   *Approved in person 9/22/16*
By: */s/ Amavalise F. Jaramillo (electronically filed)*
   **AMAVALISE F. JARAMILLO**
   *Attorneys for Plaintiff*
   P.O. Box 28
   Tome, New Mexico 87060
   (505) 553-2092